

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-14-00856-CV

**IN RE** Ropal **ANDERSON**,
Gerald Busch and Hortencia Morales

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On December 10, 2014, relators filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than December 29, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for temporary relief is GRANTED IN PART. The trial court's November 18, 2014 order authorizing the depositions of relators is temporarily stayed pending final resolution of the petition for writ of mandamus filed in this court.

It is so **ORDERED** on December 11th, 2014.           PER CURIAM

ATTESTED TO: _____
                Keith E. Hottle
                Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI, styled *In re Matthew Hileman*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.